FILED
MAR 21 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

(2)

1　Jason Bryson
　　Name(s)
2　4741 Ensley Rd
3　Address
4　Knights Landing CA 95645
　　City, State, Zip Code
5　~~[redacted]~~　　530·980·4233
6　Telephone Number
7　Defendant(s), *Pro Se*

8　　　　　　UNITED STATES BANKRUPTCY COURT
9　　　　　　EASTERN DISTRICT OF CALIFORNIA

10　In re　　　　　　　　　　　)
11　　　　　　　　　　　　　　)
12　　　　　　　　　　　　　　)　Bankruptcy Case No.
　　　　　　　　　　　　　　　　　24-25088
13　　　　　Debtor(s).　　　　 )　Chapter 7
14　　　　　　　　　　　　　　)
15　　　　　　　　　　　　　　)
16　　　　　Plaintiff(s),　　 )　Adversary Proceeding No. 25-2022
17　　　　　v.　　　　　　　　)
18　　　　　　　　　　　　　　)
19　　　　　　　　　　　　　　)
20　　　　　Defendant(s).　　 )

21　　　　　　　　　　　ANSWER

22　　Each defendant whose signature appears below, appearing *pro*
23　*se*, alleges that this is a core proceeding and [CHECK ONE BOX]:
24　☐　denies each and every other allegation of the complaint other
25　　　than the procedural facts regarding the filing of the
26　　　bankruptcy petition herein; [OR]
27　☒　admits being indebted to plaintiff at the time the bankruptcy
28　　　petition was filed herein but denies each and every other

EDC 3-101 (11/98)　　　　　　　Page 1 of 2

1  allegation of the complaint, other than the procedural facts
2  regarding the filing of the bankruptcy petition.
3
4  Dated:
5
6  _____Jason Bryson_____
          Defendant
7
8  _____
          Defendant
9
10
11                 CERTIFICATE OF SERVICE
12     I, the undersigned, whose address is  4741 Enslay Rd
                                             [STREET ADDRESS]
13  Knights Landing Ca   95645                 , certify that I
    [CITY, STATE AND ZIP CODE]
14  am, and at all times hereinafter mentioned was, more than 18 years
15  of age and that on  March 19, 2025           , I served a true copy
                        [DATE ANSWER MAILED]
16  of the foregoing ANSWER by U.S. Mail, first class postage pre-paid,
17  addressed as follows [INSERT BELOW NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY AS SHOWN ON SUMMONS]:
18  _____
19  _____
20  _____
21  _____
22     I certify under penalty of perjury that the foregoing is true
23  and correct
24
25  Dated: March 19, 2025
26
27                              _____
                                [SIGNATURE OF PERSON SERVING ANSWER]
28

EDC 3-101 (11/98)         Page 2 of 2